JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **702**   IN RE LEON BLAIR ASBESTOS PRODUCTS LIABILITY LITIGATION

| Date | Pldg. | Pleading Description |
|------|------|---------------------|
| 86/07/21 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Defendant Porter Hayden Company (A-1 & A-2) -- SUGGESTED TRANSFEREE DISTRICT: EASTERN DISTRICT OF PENNSYLVANIA, SUGGESTED TRANSFEREE JUDGE: J. WILLIAM DITTER.  (paa) |
| 86/07/31 | | APPPEARANCES: WENDY H. SMITH, ESQ. for John Crane-Houdaille, Inc.; ALAN BART GRANT, ESQ. for Porter Hayden Company; PETER A. PIRO, ESQ. for Combustion Engineering, Inc.; DONALD S. MacLACHLAN, ESQ. for W.R. Grace & Co.; MICHAEL A. TANENBAUM, ESQ. for Pittsburgh-Corning Corporation, Owens-Corning Fiberglas Corporation, Owens-Illinois Corporation, Celotex Corporation, Eagle-Picher Industries, Inc., Keene Corporation, Armstrong World Industries, Inc., Fibreboard Corporation, Southern Textile Corporation, H.K. Porter, Co., Inc., National Gypsum Co., Carey Canada, Inc., AC&S, Inc., Nosroc, Inc., & Turner & Newall, Ltd.; THOMAS E. KOPIL, ESQ. for Dolores Blair, et al.; THEODORE E. BAKER, ESQ. for Nicolet, Inc. (paa) |
| 86/08/04 | 2 | PLTF. RESPONSE ( to pldg. #1) -- Doleres Blair -- w/cert. of svc. (tmq) |
| 86/08/05 | 3 | RESPONSE (to pldg. #1), ATTACHMENTS  -- Deft. John Crane-Houdaille, Inc. -- w. cert. of svc. (tmq) |
| 86/08/12 | | APPEARANCE:  TODD BRANDON EDER for Raymark Industries, Inc. |
| 86/08/18 | 4 | REQUEST TO DEFER MOTION -- Porter Hayden (re Statute of Limitations Motion) (Ltr dated 8/5/86) -- w/cert of svc. (tmq) |
| 86/08/18 | 5 | LETTER -- Porter Hayden Co. -- Correcting Pleading #1 as originally filed -- w/cert. of svc. (tmq) |
| 86/08/18 | 6 | REQUEST TO DEFER MOTION -- Porter Hayden (re Crane-Houdaille's motion to dismiss) ltr dated 8/13/86) -- w/cert. of svc. (tmq) |
| 86/08/18 | | HEARING ORDER -- Setting motion of Porter Hayden Co. for transfer of A-1 & A-2 -- On September 25, 1986 in Pittsburgh, Pa.  (paa) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __702__ IN RE LEON BLAIR ASBESTOS PRODUCTS LIABILITY LITIGATION"

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/09/17 | | ORDER VACATING HEARING SCHEDULED FOR 9/25/86, PGH., PA. -- NOTIFIED INVOLVED COUNSEL.  (paa) |
| 86/12/19 | | HEARING ORDER -- setting motion to transfer for Panel hearing on January 29, 1987 in Tampa, Florida  (cds) |
| 87/01/05 | 7 | LETTER -- signed by Wendy H. Smith, Esq., counsel for John Crane-Houdaille, Inc. -- w/cert. of service and copy of Letter Opinion and Order from D. New Jersey  (cds) |
| 87/01/28 | | WAIVERS OF ORAL ARGUMENT:  (hearing of 1/29/87) ALL WAIVED |
| 87/02/06 | | ORDER DENYING TRANSFER -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL, RECIPIENTS & HEARING CLERK.  (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 702 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LEON BLAIR ASBESTOS PRODUCTS LIABILITY LITIGATION

SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

DATE CLOSED: 2/6/87

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. __702__ -- __IN RE LEON BLAIR ASBESTOS PRODUCTS LIABILITY LITIGATION__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Delores Blair, et al. v. Pittsburgh Corning Corporation, et al. | N.J.,D. ~~Hanneke~~ Rodriguez | 85-5747 (M) | | | | |
| A-2 | Delores Blair, et al. v. Pittsburgh Corning Corporation, et al. | PA.,E.D. Ditter | 85-4278 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __702__ --   IN RE LEON BLAIR ASBESTOS PRODUCTS LIABILITY LITIGATION

DELORES BLAIR, ET AL.  (A-1 & A-2)
Thomas E. Kopil, Esquire
Blank, Rome, Comisky & McCauley
1010 Kings Highway South
Cherry Hill, New Jersey  08034

JOHN CRANE-HOUDAILLE, INC
Wendy H. Smith, Esquire
Sellar, Richardson, Stuart & Chrisholm
1180 Raymond Boulevard
Newark, New Jersey  07102

W.R GRACE & CO.
Donald S. MacLachlan, Esquire
Connell, Foley & Geiser
85 Livingston Avenue
Roseland, New Jersey  07068

COMBUSTION ENGINEERING, INC.
Peter A. Piro, Esquire
200 Executive Drive
(Prospect Avenue at Rt. 280)
West Orange, New Jersey  07052

PORTER HAYDEN COMPANY
Alan Bart Grant, Esquire
Ozzard, Rizzolo, Klein, Mauro,
    Savo & Hogan
Post Office Box 938
Somerville, New Jersey  08876

NICOLET INC.
Theodore E. Baker, Esquire
65 W. Commerce Street
Post Office Box 40
Bridgeton New Jersey  08302

PITTSBURGH CORNING CORP.
OWENS-CORNING FIBERGLAS CORP
OWENS ILLINOIS INC.
CELOTEX CORPORATION
EAGLE PICHER INDUSTRIES, INC.
KEENE CORPORATION
ARMSTRONG WORLD INDUSTRIES
FIBREBOARD CORPORATION
SOUTHERN TEXTILE CORP.
H.K. PORTER CO., INC.
NATIONAL GYPSUM COMPANY
CAREY CANADA, INC.
A.C. & S., INC.
NOSROC, INC.
TURNER & NEWALL, LTD.
Michael A. Tanenbaum, Esquire
McCarter & English
550 Broad Street
Newark, New Jersey  07102

RAYMARK INDUSTRIES, INC
Todd Brandon Eder, Esq.
Morgan, Melhuish, Monaghan, Arvidson,
  Abrutyn & Lisowski
651 W. Mt. Pleasant Avenue
Livingston, NJ 07039
PANCOR, INC.     (No App. Rec'd)
Enright, Porter & Lenney, Esquires
72 Burroughs Place
Bloomfield, New Jersey  07003

EMPIRE ACE INSULATION   (No App. Rec'd)
Bernard Chazen, Esquire
75 Grand Avenue, Box 470
Englewood, New Jersey  07631

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 702 -- _____ IN RE LEON BLAIR ASBESTOS PRODUCTS LIABILITY LITIGATION _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| PITTSBURGH CORNING CORP. | A-1; A-2 |
| RAYMARK INDUSTRIES, INC. | A-1; A-2 |
| OWENS-CORNING FIBERGLAS CORP. | A-1; A-2; |
| OWENS ILLINOIS INC. | A-1; A-2; |
| CELOTEX CORPORATION | A-1; A-2; |
| EAGLE PICHER INDUSTRIES INC. | A-1; A-2; |
| KEENE CORPORATION | A-1; A-2; |
| NICOLET INC. | A-1; A-2; |
| ARMSTRONG World INDUSTRIES | A-1; A-2; |
| FIBREBOARD CORPORATION | A-1; A-2; |
| SOUTHERN TEXTILE CORP. | A-1; A-2; |

p. 2

| | |
|---|---|
| H.K. PORTER CO., INC. | A-1; A-2; |
| NATIONAL GYPSUM COMPANY | A-1; A-2; |
| PACOR, INC. | A-1; A-2; |
| PORTER HAYDEN COMPANY | A-1; A-2; |
| CAREY CANADA, INC. | A-1; A-2; |
| A.C. & S., INC. | A-1; A-2; |
| NOSROC, Inc. | A-1; A-2; |
| W.R. GRACE, CO.,INC. | A-1; A-2; |
| EMPIRE ACE INSULATION | A-1; A-2; |
| JOHN CRANE HOUDAILLE, INC. | A-1; A-2; |
| COMBUSTION ENGINEERING, INC. | A-1 - A-2; |

JPML FORM 3

p. *3*

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 702 -- IN RE LEON BLAIR ASBESTOS PRODUCTS LIABILITY LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| TURNER & NEWALL, LTD. | A-1; A-2; |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |