JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -6 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 702

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LEON BLAIR ASBESTOS PRODUCTS LIABILITY LITIGATION

ORDER DENYING TRANSFER*

This litigation consists of the two actions listed on the attached Schedule A and pending, respectively, in the District of New Jersey and the Eastern District of Pennsylvannia. Porter Hayden Company, a defendant in both actions, moves the Panel for an order under 28 U.S.C. §1407 transferring the New Jersey action to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings with the action pending there.

On the basis of the papers filed,[1/] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, as well as the present posture of these actions, movant has failed to persuade us that any common questions of fact that may be involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Louis H. Pollak took no part in the decision of this matter.

[1/] The parties to these actions waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

<u>MDL-702 -- In re Leon Blair Asbestos Products Liability Litigation</u>

<u>District of New Jersey</u>

<u>Delores Blair, et al. v . Pittsburgh Corning Corporation, et al.,</u>
<u>C.A. No. 85-5747(M)</u>

<u>Eastern District of Pennsylvania</u>

<u>Delores Blair v. Pittsburgh Corning Corporation, et al.</u>, C.A. No.
<u>85-4278</u>